UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH PLAHA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al.,<br><br>　　　　　　Defendants. | Case No. 23-cv-03666-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Paramjit Singh Plaha filed the complaint on July 25, 2023. It appears that the summons and complaint have not yet been served on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than November 2, 2023 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

**IT IS SO ORDERED.**

Dated: October 25, 2023



Donna M. Ryu
Chief Magistrate Judge